Daniel Joseph Malakauskas, SBN 265903
P.O. Box 7006
Stockton, CA  95267
Telephone:  (866) 790-2242
Facsimile:  (888) 802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff:
Keith Hopson

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
Mark F. Hazelwood, SBN 136521
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045
Email: mhazelwood@aghwlaw.com

Attorneys for Defendant:
DKS Investments, Inc. dba West Lane Chevron

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOPSON,<br><br>                  Plaintiff,<br><br>v.<br><br>CHEVRON USA, INC. dba WEST LANE CHEVRON, and, or, CHEVRON, SURINDER SINGH SAINI, and or, KULWINDER SINGH, as an individual, and, or, dba WEST LANE CHEVRON, and DKS INVESTMENTS, INC., and DOES 1-10, inclusive,<br><br>                  Defendants. | CASE NO. 2:14-cv-01101-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

        **IT IS HEREBY STIPULATED** by and between the parties in this action through their

designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

MALAKAUSKAS LAW FIRM

Dated:  May 18th, 2015                     */s/ Daniel Malakauskas*
                                           DANIEL MALAKAUSKAS
                                           Attorney for Plaintiff,
                                           Keith Hopson

                                           ALLEN, GLAESSNER, HAZELWOOD & WERTH,
                                           LLP

Dated:  May 18th, 2015

                                           */s/ Mark F. Hazelwood*
                                           MARK F. HAZELWOOD
                                           Attorneys for Defendants,
                                           DKS Investments, Inc. dba West Lane Chevron

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

## ORDER

**IT IS HEREBY ORDERED**, that this action be dismissed**, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  May 18, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE